## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA

JOHN NOTTINGHAM,          )
                                            )
            Plaintiff,        )
    v.                               )    1:06-cv-674-SEB-VSS
                                            )
NATIONAL CITY BANK,       )
                                            )
           Defendant.      )

## J U D G M E N T

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that this cause of action is **dismissed.**

Date: 04/28/2006

                                                        SARAH EVANS BARKER, JUDGE
                                                        United States District Court
                                                        Southern District of Indiana

Distribution:

John Nottingham
517 Front Street
Hollidaysburg, PA 16648